# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEMICO ANTONIO WASHINGTON,<br>    Plaintiff,<br><br>v.<br><br>PENNSYLVANIA CRIMINAL<br>JUSTICE SYSTEM, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 17-CV-4706<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 13th day of June, 2018, upon consideration of Plaintiff Kemico Antonio Washington's Amended Complaint (ECF No. 6), it is **ORDERED** that:

1.  The Clerk of Court is **DIRECTED** to amend the caption in this matter to reflect that the following individuals and entities are the named Defendants: (1) Philadelphia Police Department; (2) Officer Cujdik; (3) Officer Conway; (4) Detective Federick Girardo; (5) Hahnemann University Hospital; (6) Akosua D. Nuamah CRNP; (7) Curran-Fromhold Correctional Facility; (8) Medical Dept; (9) RN Kak; (10) MD Jane Doe; (11) Lt. McCallister; (12) Warden May; (13) Phila Sheriff's Dept; (14) Sgt. Jane Doe; (15) Sgt. John Doe; and (16) Deputy Sheriff John Doe.

2.  Washington's Amended Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum with the exception of Washington's claims against Officers Cujdik and Conway.

3.  Washington is given leave to file a second amended complaint within thirty (30) days of the date of entry of this Order. If Washington files a second amended complaint, he shall name all defendants in the caption of the amended complaint. Any individual or entity that is not listed in the caption will not be treated as a defendant. The second amended complaint must also

provide as much identifying information for the defendants as possible.  Washington may refer to a defendant by last name only if that is the only identifying information possessed.  If Washington wishes to name individuals for whom he does not have any identifying information, he may refer to those individuals as John Doe #1, John Doe #2, etc.  The second amended complaint must also describe how each defendant, including any John Doe or Jane Doe defendants, were responsible for violating Washington's rights.  Washington should include the claims on which he seeks to proceed in his second amended complaint without relying on or referring to other documents he filed in this case.  If Washington does not file a second amended complaint, the Court will direct service of his Amended Complaint on Officers Cujdik and Conway only.  If Washington files a second amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**MITCHELL S. GOLDBERG, J.**