**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **KEMICO ANTONIO WASHINGTON,** | : | **CIVIL ACTION** |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : |  |
| **v.** | : | **No. 17-4706** |
|  | : |  |
| **CITY OF PHILADELPHIA,**<br>**et al.,** | : |  |
|  | : |  |
| **Defendants.** | : |  |
|  | : |  |

## ORDER

    **AND NOW**, this 12th day of March, 2021, upon consideration of Defendants' "Motion for Partial Summary Judgment" (ECF No. 55), Plaintiff's response thereto (ECF No. 58), and Defendants' reply (ECF No. 61), it is hereby **ORDERED** that the Motion (ECF No. 55) is **DENIED**.

    A separate order shall be entered regarding a scheduling conference for trial.


                     **BY THE COURT:**


                     */s/ Mitchell S. Goldberg*
                     **MITCHELL S. GOLDBERG, J.**